IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pehanich, Peter

Printed: 10/22/08

Case Number: 05 B 24258
Judge: Hollis, Pamela S
Filed: 6/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: October 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,722.74 |  |
| Secured: |  | 7,021.20 |
| Unsecured: |  | 12,836.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 1,345.28 |
| Other Funds: |  | 420.00 |
| Totals: | 23,722.74 | 23,722.74 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,100.00 | 2,100.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 6,746.43 | 6,649.20 |
| 4. | Household Financial Corporation | Secured | 372.00 | 372.00 |
| 5. | Arrow Financial Services | Unsecured | 2,412.20 | 2,412.20 |
| 6. | Capital One | Unsecured | 1,999.32 | 1,999.32 |
| 7. | Capital One | Unsecured | 1,017.05 | 1,017.05 |
| 8. | American Express Travel Relate | Unsecured | 2,783.20 | 2,783.20 |
| 9. | LVNV Funding | Unsecured | 1,250.61 | 1,250.61 |
| 10. | LVNV Funding | Unsecured | 1,070.55 | 1,070.55 |
| 11. | ECast Settlement Corp | Unsecured | 2,303.33 | 2,303.33 |
| 12. | GMAC Mortgage Corporation | Secured |  | No Claim Filed |
| 13. | Frederick J Hanna & Assoc | Unsecured |  | No Claim Filed |
| 14. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 15. | Creditor Interchange | Unsecured |  | No Claim Filed |
| 16. | Bank First | Unsecured |  | No Claim Filed |
| 17. | Medicredit Corporation | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Alliance One | Unsecured |  | No Claim Filed |
| 20. | Menards | Unsecured |  | No Claim Filed |
| 21. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 22. | Providian Financial | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,054.69 | $ 21,957.46 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pehanich, Peter | Case Number: 05 B 24258 |
| | Judge: Hollis, Pamela S |
| Printed: 10/22/08 | Filed: 6/20/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 261.79 |
| 5% | 63.01 |
| 4.8% | 120.96 |
| 5.4% | 294.84 |
| 6.5% | 604.68 |
| | $ 1,345.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

